MAY-21-2008 10:40 P.01/02
Case 2:07-cv-01777-TMG Document 19 Filed 05/22/08 Page 1 of 1
Case 2:07-cv-01777-TMG Document 18-2 Filed 04/30/2008 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORETHA MAJETTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 07-1777 |

**ORDER**

AND NOW, this 21st day of May, 2008, upon consideration of Plaintiff's Request for Review of the Commissioner's final decision, and the Commissioner's Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_Thomas M. Golden_
THOMAS M. GOLDEN, J.